No. 72–5952. Voss *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–5954. LIGHTLE *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 72–5955. GLENN ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–5962. FRISCO *v.* ILLINOIS. App. Ct. Ill., 1st Jud. Dist. Certiorari denied.

No. 72–5965. CUNNINGHAM, ADMINISTRATRIX *v.* COLUMBIA UNION CONFERENCE OF SEVENTH DAY ADVENTISTS, INC., TRADING AS HADLEY MEMORIAL HOSPITAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 72–5976. SCOTT *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 72–5983. JENKINS *v.* COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 72–6019. COTHRUM *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 71–6522. SCHWARTZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–6763. WALKER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.